STAPYLTON v. ETHERIDGE. (Circuit Court of Appeals, Fifth Circuit. February 21, 1898.) No. 578. In Error to the Circuit Court of the United States for the Southern District of Florida. John E. Hartridge, for plaintiff in error. S. J. Bowie and A. W. Cockrell, for defendant in error. Dismissed, per stipulation of counsel.

TANGYE v. CONNER et al. (Circuit Court of Appeals, Sixth Circuit. March 7, 1899.) No. 577. Appeal from the Circuit Court of the United States for the Eastern District of Tennessee. Brown & Spurlock, for appellant. Eakin & Goree and R. L. Bright, for appellees. Dismissed, per stipulation.

UNITED STATES v. HARSHA (three cases). (Circuit Court of Appeals. Sixth Circuit. March 7, 1899.) Nos. 592–594. In Error to the District Court of the United States for the Eastern District of Michigan. J. W. Finney, U. S. Atty. Dismissed, for want of jurisdiction, on motion of plaintiff in error's counsel.

UNITED STATES v. J. ALLSTON NEWALL & CO. (Circuit Court of Appeals, First Circuit. March 20, 1899.) No. 284. Appeal from the Circuit Court of the United States for the District of Massachusetts. Boyd B. Jones, U. S. Atty., and Albert H. Washburn, Asst. U. S. Atty. Dismissed. See 91 Fed. 525.

VON EMPERGER v. CITY OF DETROIT. (Circuit Court of Appeals, Sixth Circuit. March 7, 1899.) No. 657. Appeal from the Circuit Court of the United States for the Eastern District of Michigan. Dickerson & Brown, for appellant. John J. Speed and Parker & Burton, for appellee. Dismissed, for failure to print record, pursuant to twenty-third rule.

WESTERN ELECTRIC CO. v. CITIZENS' TEL. CO. et al. (Circuit Court of Appeals, Sixth Circuit. March 27, 1899.) No. 674. Appeal from the Circuit Court of the United States for the Western District of Michigan. Barton & Brown, for appellant. Bundy & Travis, Stewart & Stewart, and Charles C. Bulkley, for appellees. Dismissed, on motion of appellant. See 89 Fed. 670.

WILSON TRANSIT CO. v. KINIRIE. (Circuit Court of Appeals, Sixth Circuit. March 31, 1899.) No. 691. In Error to the Circuit Court of the United States for the Eastern District of Michigan. Goulder & Holding, for plaintiff in error. Chadwick & McIlwain, for defendant in error. No opinion. Affirmed, with costs.